# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

PHILIP J. CHARVAT,

    Plaintiff,

v.

NATIONAL HOLDINGS
CORPORATION d/b/a NATIONAL
SECURITIES,

    Defendant.

Case No. 2:14-cv-2205
JUDGE GREGORY L. FROST
Magistrate Judge Elizabeth P. Deavers

## ORDER

On June 5, 2015, the Court received notice of Defendant's petition for permission to appeal the Court's May 26, 2015 Opinion and Order ("Order") denying Defendant's motion to dismiss ("Motion"). (ECF No. 33.) The Court certified in the Order that the issues presented in the Motion involve a controlling question of law as to which there is substantial ground for difference of opinion such that an immediate appeal from the Court's Order will materially advance the ultimate termination of this litigation.

As such, and pursuant to the Court's inherent authority "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants," *Gray v. Bush*, 628 F.3d 779, 785 (6th Cir. 2010) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)), the Court hereby **STAYS** this matter pending action from the Sixth Circuit Court of Appeals. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case, which will be reactivated with the lifting of the stay. Defendant is **ORDERED** to notify this Court within

fourteen (14) days of the Sixth Circuit's disposition of its petition for leave to appeal and, if the appeal is accepted, of the Sixth Circuit's disposition of the same.

**IT IS SO ORDERED**.

**/s/ Gregory L. Frost**
**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**