# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PHILIP J. CHARVAT,**

    **Plaintiff,**

                                          **Civil Action 2:14-cv-02205**
                                          **Judge George C. Smith**
    **v.**                                    **Magistrate Judge Elizabeth P. Deavers**

**NATIONAL HOLDINGS CORPOATION,**

    **Defendant.**

## ORDER

On December 22, 2018 the parties filed a Joint Status Report (ECF No. 73) to inform the Court that following a mediation the parties have reached a tentative agreement on a class action settlement. Accordingly, the parties are **ORDERED** to file a status report regarding the status, but not the substance, of the settlement negotiations by **FEBRUARY 1, 2019** unless an appropriate motion for preliminary approval of the class action settlement has been filed by that date.

    **IT IS SO ORDERED.**

Date: December 26, 2018                              /s/ *Elizabeth A. Preston Deavers*
                                                            ELIZABETH A. PRESTON DEAVERS
                                                            UNITED STATES MAGISTRATE JUDGE