IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PHILIP J. CHARVAT,**

    **Plaintiff,**

                              Civil Action 2:14-cv-02205
                              Judge George C. Smith
    v.                          Chief Magistrate Judge Elizabeth P. Deavers

**NATIONAL HOLDINGS CORPORATION,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the parties' Joint Status Report (ECF No. 77.)  The parties report that a proposed settlement agreement has been drafted and they anticipate that an executed settlement agreement and a motion for preliminary approval will be filed by March 29, 2019.  Accordingly, the parties are **ORDERED** to file a **JOINT STATUS REPORT** outlining the status, but not the substance, of settlement on or before **APRIL 1, 2019** unless a settlement agreement a motion for preliminary approval has been filed in the interim.

For purposes of docket administration, Defendant's Motion to Compel (ECF No. 67) is **DENIED WITHOUT PREJUDICE** subject to reactivation should the parties be unable to reach a final agreement.

    IT IS SO ORDERED.


**Date: March 5, 2019**                            */s/ Elizabeth A. Preston Deavers*
                                                        **ELIZABETH A. PRESTON DEAVERS
CHIEF UNITED STATES MAGISTRATE JUDGE**