# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **PHILIP J. CHARVAT** on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 2:14-cv-02205 |
| v. | : : | Judge George C. Smith |
| | : : | Magistrate Judge Deavers |
| **NATIONAL HOLDINGS CORPORATION d/b/a NATIONAL SECURITIES,** | : : : : | |
| Defendant. | | |

| | | |
|---|---|---|
| **PHILIP J. CHARVAT** on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 2:16-cv-00120 |
| v. | : : | Judge George C. Smith |
| | : : | Magistrate Judge Deavers |
| **SHAMPAN LAMPORT LLC,** | : : | |
| Defendant. | | |

# ORDER

On September 30, 2019, the United States Magistrate Judge issued a Report and Recommendation recommending that the Court grant the Motion for Final Approval of Class Action Settlement. (Doc. 95). Plaintiffs' Motion for Final Approval was unopposed and Defendants have filed a Notice of Non-Objection to the Report and Recommendation. (Doc. 96). There being no objection to the Report and Recommendation, it is hereby **ADOPTED AND AFFIRMED**.

The Clerk shall remove Documents 90, 93, and 95 from the Court's pending motions list and enter final judgment in accordance with the terms set forth in detail in the Report and Recommendation.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**